No. 99–1868. FRIES *v.* WISCONSIN COURT OF APPEALS, DISTRICT I, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1873. LODD ENTERPRISES, INC., ET AL. *v.* COASTAL FORD, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1885. STROGOV *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 99–1888. INTERNATIONAL CUSTOMS ASSOCIATES, INC., ET AL. *v.* FORD MOTOR CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1895. DEVEGTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1905. EL-FADLY *v.* INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied.

No. 99–6865. CAGLE ET AL. *v.* HUTTO ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–7367. VAZQUEZ ET AL. *v.* CARVER ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–8312. TUCKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8585. COLLADO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–8837. SHEHEE *v.* LUTTRELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8842. DELEVEAUX *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9164. SMITH *v.* HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–9170. HERNANDEZ ORTIZ *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.